HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VAPORPATH, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>WNA, INC., a Delaware Corporation, and NOVOLEX HOLDINGS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:19-CV-5807-JLR<br><br>Noted for September 2, 2020<br><br>ORDER GRANTING STIPULATED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL |

**I.    STIPULATION AND RELIEF REQUESTED**

COMES NOW Plaintiff Vaporpath and Defendants WNA, Inc. and Novolex Holdings, LLC (hereinafter "defendants"), by and through their counsel of record, and respectfully move the Court for an order granting a two-week extension of time for defendants to respond to plaintiff's Motion to Compel (document no. 38) and for plaintiff to reply. This motion is supported by the Declaration of Ramon B. Henderson.

**INTRODUCTION**

Plaintiff filed its Motion to Compel on August 26, 2020 with a noted hearing date of Friday, September 11, 2020. On August 28, 2020, defendants notified plaintiff of defendants' intent to file this motion and sought plaintiff's position. Henderson Decl. ¶ 4. At defendants' request, plaintiff has indicated it will agree to a 14-day extension. *Id.* Defendants appreciate this

375432

STIPULATED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL – Page 1
(Case No. 3:19-CV-5807 JLR)

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

courtesy. Defendants' response opposing plaintiff's currently due Motion to Compel is due Tuesday, September 8, 2020.[1] The new due date if this motion is granted by the court will be Monday, September 21, 2020. The new due date for plaintiff's reply if this motion is granted by the court will be Monday, September 28, 2020. The parties have been, and still are, engaged with ongoing mediation and settlement discussions. *Id.* ¶ 3.

**ARGUMENT**

Pursuant to LCR 7(j), a party may move the court for relief from a deadline. This motion is made well in advance of defendants' response deadline of September 8, 2020. Defendants request additional time to file a response in opposition to plaintiff's Motion to Compel for the following reasons.

First, as mentioned above, the parties are engaged in settlement discussions.

Second, the discovery cutoff in this case is not until January 26, 2021, giving the parties nearly four months to complete discovery. A two-week extension will not unfairly prejudice either parties' ability to obtain relevant discovery. Furthermore, granting this motion for an extension of time would not create any foreseeable conflicts. Other than the hearing for plaintiff's Motion to Compel, there is currently nothing on the case schedule until the discovery cutoff date.

Third, like plaintiff's counsel, defense counsel has a busy practice that requires meeting multiple deadlines with multiple courts simultaneously. At times, this results in a need for relief from imposed deadlines.

Fourth, the ongoing public health crisis involving COVID-19 has reduced our office's ability to function at its pre-COVID-19 efficiency.

/ / / / /

/ / / / /

---

[1] Monday, September 7, 2020 is the federal Labor Day holiday.

375432

STIPULATED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL – Page 2
(Case No. 3:19-CV-5807 JLR)

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

/////

## II.     CONCLUSION

For the foregoing reasons, defendants request an order granting a two-week extension of time for defendants' response until Monday, September 21, 2020, and until Monday, September 28, 2020 for plaintiff's reply.

DATED this 2nd day of September, 2020.


| */s/ Jeff Bone (per email authorization)* | */s/ David S. Mepham* |
|---|---|
| Jeff Bone, WSBA No. 28169 | David S. Mepham, WSB No. 21087 |
| CORR CRONIN LLP | HODGKINSON STREET MEPHAM, LLC |
| 1001 Fourth Avenue, Suite 3900 | 1620 SW Taylor Street, Suite 350 |
| Seattle, WA 98154 | Portland, OR 97205 |
| jbone@corrcronin.com | dsm@hs-legal.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## III.     ORDER

IT IS SO ORDERED that, for good cause shown, the Court will grant a two-week extension of time for defendants to file a response to plaintiff's Motion to Compel until Monday, September 21, 2020 and for plaintiff to file a reply until Monday, September 28, 2020.

Dated: September 4, 2020

_____
HONORABLE JAMES L. ROBART
United States District Court Judge

/////

375432

STIPULATED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL – Page 3
(Case No. 3:19-CV-5807 JLR)

Hodgkinson Street Mepham, LLC
1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

1   / / / / /

2   / / / / /

3   Presented by:

4   HODGKINSON STREET MEPHAM, LLC

5

6   */s/ David S. Mepham*

7   David S. Mepham, WSBA No. 21087
    1620 SW Taylor Street, Suite 350

8   Portland, Oregon 97205

9   (503) 222-1143 (phone)
    dsm@hs-legal.com

10  *Attorney for Defendants*

11

12  CORR CRONIN LLP

13

14  */s/ Jeff Bone (per email authorization)*
    Blake Marks-Dias, WSBA No. 28169

15  Jeff Bone, WSBA No. 43965
    1001 Fourth Avenue, Suite 3900

16  Seattle, Washington 98154
    (206) 625-8600 (phone)

17  bmarksdias@corrcronin.com
    jbone@corrcronin.com

18  *Attorneys for Plaintiff*

19

20

21

22

23

24

25

26