HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VAPORPATH, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>WNA, INC., a Delaware Corporation, and NOVOLEX HOLDINGS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:19-CV-5807-JLR<br><br>Noted for September 11, 2020<br><br>SECOND STIPULATED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL |

**I.   STIPULATION AND RELIEF REQUESTED**

COMES NOW Plaintiff Vaporpath and Defendants WNA, Inc. and Novolex Holdings, LLC (hereinafter "defendants"), by and through their counsel of record, and respectfully move the Court for an order granting an additional one-week extension of time for defendants to respond to plaintiff's Motion to Compel (document no. 38) and for plaintiff to reply. This motion is supported by the Declaration of Ramon B. Henderson.

**INTRODUCTION**

Plaintiff filed its Motion to Compel on August 26, 2020 with a noted hearing date of Friday, September 2, 2020. On August 28, 2020, defendants notified plaintiff of defendants' intent to file this motion and sought plaintiff's position. Henderson Decl. ¶ 4. At defendants' request, plaintiff agreed to a 14-day extension, which this Court kindly granted. *Id.* As a result of

375432

SECOND STIPULATED MOTION FOR ADDITIONAL TIME TO
RESPOND TO PLAINTIFF'S MOTION TO COMPEL – Page 1
(Case No. 3:19-CV-5807 JLR)

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

this extension, defendants' Response opposing plaintiff's Motion to Compel is currently due Monday, September 21, 2020 and plaintiff's Reply is due Monday, September 28, 2020.

For the reasons discussed below, the parties, **by stipulation**, are requesting **an additional week** of time. If granted, the new due date for defendants to respond will be Monday, September 28, 2020, and the new due date for plaintiff to reply will be Monday, October 5, 2020.

## ARGUMENT

Pursuant to LCR 7(j), a party may move the court for relief from a deadline. This motion is made well in advance of defendants' response deadline of September 21, 2020. The parties request additional time for defendants' Response and plaintiff's Reply for the following reasons.

First, the parties have been engaged in ongoing and meaningful mediation and settlement discussions. Because these discussions are potentially productive, both parties prefer to limit the amount of money expended on a Motion to Compel at this time. This additional week will allow the parties to reduce the financial pressure of incurring legal fees on a possibly moot motion while the parties continue with settlement discussions. While it is impossible to predict with any accuracy whether the case will be settled in the near future, without this extension, the parties will be forced to continue incurring attorney's fees in order to meet judicial deadlines while simultaneously working toward an agreeable resolution. These two competing goals may impede any possible resolution and increase the parties' reliance on the Court in this matter.

Second, the discovery cutoff in this case is not until January 26, 2021, giving the parties nearly four months to complete discovery. An additional one-week extension will not unfairly prejudice either parties' ability to obtain relevant discovery. Furthermore, granting this motion for an extension of time would not create any foreseeable conflicts. Other than the hearing for plaintiff's Motion to Compel, there is currently nothing on the case schedule until the discovery cutoff date.

/ / / / /

/ / / / /

375432

SECOND STIPULATED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL – Page 2
(Case No. 3:19-CV-5807 JLR)

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

## II. CONCLUSION

For the foregoing reasons, the parties request an order granting an additional one-week extension of time for defendants' response until Monday, September 28, 2020, and until Monday, October 5, 2020 for plaintiff's reply.

DATED this 11th day of September, 2020.

/s/ Jeff Bone
_____
Jeff Bone, WSBA No. 28169
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
jbone@corrcronin.com
*Attorney for Plaintiff*

/s/ David S. Mepham
_____
David S. Mepham, WSB No. 21087
HODGKINSON STREET MEPHAM, LLC
1620 SW Taylor Street, Suite 350
Portland, OR 97205
dsm@hs-legal.com
*Attorney for Defendants*

## III. ORDER

IT IS SO ORDERED that, for good cause shown, the Court will grant an additional one-week extension of time for defendants to file a Response to plaintiff's Motion to Compel until Monday, September 28, 2020 and for plaintiff to file a Reply until Monday, October 5, 2020.

Dated: __September 14, 2020__         _____
HONORABLE JAMES L. ROBART
United States District Court Judge

/ / / / /

/ / / / /

/ / / / /

375432
SECOND STIPULATED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL – Page 3
(Case No. 3:19-CV-5807 JLR)

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

Presented by:

HODGKINSON STREET MEPHAM, LLC


*/s/ David S. Mepham*
David S. Mepham, WSBA No. 21087
1620 SW Taylor Street, Suite 350
Portland, Oregon 97205
(503) 222-1143 (phone)
dsm@hs-legal.com
*Attorney for Defendants*


CORR CRONIN LLP


_____
Blake Marks-Dias, WSBA No. 28169
Jeff Bone, WSBA No. 43965
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600 (phone)
bmarksdias@corrcronin.com
jbone@corrcronin.com
*Attorneys for Plaintiff*

375432

SECOND STIPULATED MOTION FOR ADDITIONAL TIME TO
RESPOND TO PLAINTIFF'S MOTION TO COMPEL – Page 4
(Case No. 3:19-CV-5807 JLR)

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VAPORPATH, INC., a Washington corporation,<br><br>         Plaintiff,<br><br>         v.<br><br>WNA, INC., a Delaware Corporation, and NOVOLEX HOLDINGS, LLC, a Delaware limited liability company,<br><br>         Defendants. | Case No. 3:19-CV-5807<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jeff Bone
> Blake Marks-Dias
> Corr Cronin LLP
> 1001 Fourth Ave., Ste. 3900
> Seattle, WA 98154-1051
> (206) 625-0999 (fax)
> jbone@corrcronin.com
> bmarks-dias@corrcronin.com
> *Of Attorneys for Plaintiff*

/ / / / /

/ / / / /

---

334746

Page 1 -  CERTIFICATE OF SERVICE

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

1   And by regular mail.

2          DATED: September 11, 2020.

3                                          HODGKINSON STREET MEPHAM, LLC

4

5                                          By: */s/ David S. Mepham*
                                               David S. Mepham, WSB No. 21087
6                                              dsm@hs-legal.com
                                               (503) 222-1143
7                                              (503) 222-1296 (fax)
                                               *Of Attorneys for Defendants*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

334746

Page 2 -  CERTIFICATE OF SERVICE

Hodgkinson Street Mepham, LLC | 1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)