THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VAPORPATH, INC., a Washington corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>WNA, INC., a Delaware Corporation, and NOVOLEX HOLDINGS, LLC, a Delaware limited liability company,<br><br>            Defendants. | No. 3:19-cv-05807-JLR<br><br>**NOTICE OF SETTLEMENT PURSUANT TO LCR 11(b)** |

Pursuant to LCR 11(b), Plaintiff Vaporpath, Inc. hereby advises the Court that the parties have reached a settlement in the above-titled matter.  The parties anticipate filing dismissal papers within 14 days.

DATED this 12th day of October, 2020.

*s/ Jeff Bone*
Blake Marks-Dias, WSBA No. 28169
Jeff Bone, WSBA No. 43965
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154
(206) 625-8600 Phone
Email: bmarksdias@corrcronin.com
         jbone@corrcronin.com
Attorneys for Plaintiff Vaporpath, Inc.

NOTICE OF SETTLEMENT PURSUANT TO LCR 11(b) – 1
(No. 3:19-cv-05807-JLR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# **CERTIFICATE OF SERVICE**

On October 12, 2020, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to:

> David S. Mepham, WSBA No. 21087
> Hodgkinson Street Mepham LLC
> 1620 SW Taylor, Suite 350
> Portland, OR  97205
> Phone: (503) 222-1143
> Fax:    (503) 222-1296
> Email: dsm@hs-legal.com
>
> *Attorneys for Defendants*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 12th day of October, 2020, at Seattle, Washington.

> *s/ Christy A. Nelson*
> Christy A. Nelson

NOTICE OF SETTLEMENT PURSUANT TO LCR 11(b) – 2
(No. 3:19-cv-05807-JLR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900