HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VAPORPATH, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>WNA, INC., a Delaware Corporation, and NOVOLEX HOLDINGS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:19-CV-5807-JLR<br><br>Noted for September 11, 2020<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

The parties hereto stipulate that this action, having been fully compromised, adjusted and settled may be dismissed with prejudice and without costs to any party.

IT IS SO STIPULATED

DATED this 23rd day of October, 2020.

/s/ Jeff Bone
_____
Jeff Bone, WSBA No. 28169
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
jbone@corrcronin.com
*Attorney for Plaintiff*

/s/ David S. Mepham
_____
David S. Mepham, WSB No. 21087
HODGKINSON STREET MEPHAM, LLC
1620 SW Taylor Street, Suite 350
Portland, OR 97205
dsm@hs-legal.com
*Attorney for Defendants*

375432
STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE – Page 1
(Case No. 3:19-CV-5807 JLR)

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

IT IS SO ORDERED AND HEREBY ADJUDGED that the above-entitled action be and the same is hereby dismissed with prejudice and without costs to any party.

IT IS EXPRESSLY DIRECTED that judgment be given herein as entered forthwith.

Dated: December 3, 2020

_____
HONORABLE JAMES L. ROBART United States District Court Judge

Presented by:

HODGKINSON STREET MEPHAM, LLC

/s/ David S. Mepham
David S. Mepham, WSBA No. 21087
1620 SW Taylor Street, Suite 350
Portland, Oregon 97205
(503) 222-1143 (phone)
dsm@hs-legal.com
*Attorney for Defendants*

375432
STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE – Page 2
(Case No. 3:19-CV-5807 JLR)

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)